IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBRA JAN VAUGHN**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:08-CV-1920-L** |
| | § | |
| **MICHAEL J. ASTRUE**, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff filed her complaint in this court on October 28, 2008, to appeal the ruling of the Commissioner of Social Security denying Plaintiff's requests for disability insurance benefits. The case was referred to United States Magistrate Judge Wm. F. Sanderson, Jr. pursuant to Special Order 3-251 and the provisions of 28 U.S.C. § 636(b). The Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "Report") was filed on November 2, 2009. Plaintiff filed no objections to the Report.

Plaintiff contests the findings of the administrative law judge ("ALJ") who considered her case, arguing that the ALJ improperly evaluated her credibility, did not consider all of her impairments, improperly determined her residual functional capacity, and erred in finding that a significant number of jobs that she could perform exist in the national economy. The magistrate judge, after a careful analysis, determined that the ALJ's decision and related findings were supported by substantial evidence in the record. The magistrate judge further determined that the ALJ applied proper legal standards in evaluating the evidence.

After making an independent review of the complaint, record, filings, and applicable law, the court **determines** that the findings and conclusions of the magistrate judge are correct, and they are **accepted** as those of the court. The decision of the Commissioner of Social Security is **affirmed**. Plaintiff's request for disability insurance benefits is **denied**, and this action is accordingly **dismissed with prejudice**.

**It is so ordered** this 17th day of November, 2009.

Sam A. Lindsay
United States District Judge